UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALIVIA BALL ) | |
|       Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:25-CV-243-FL |
| CHILDCARE NETWORK ) | |
|       Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2025 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute and to follow court's order.

**This Judgment Filed and Entered on March 13, 2025, and Copies To:**
Alivia Ball (via US mail) 221 W. Virgil Street, Whiteville, NC 28472

March 13, 2025                PETER A. MOORE, JR. CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk